LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

September 28, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. Plaintiff's deadline to amend her Complaint or otherwise oppose GEICO's motion to dismiss is extended to **October 6, 2026**. This order terminates the motion at Dkt. 27.

Dated: September 29, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**Re: *Hansen v. LexisNexis Risk Solutions, Inc. et al.* 1:26-cv-06157-JLR**
**Plaintiff's Consent Letter Motion for a Second Extension of Time to file First Amended Complaint**

Dear Judge Rochon:

We represent Plaintiff Lucille Hansen. With all Defendants' consent, Plaintiff respectfully requests a seven-day extension, from September 29 to October 6, 2026, of the deadline to file her First Amended Complaint. The Court set the current deadline in its September 4, 2026 Order, ECF No. 22.

This is Plaintiff's second request to extend the amendment deadline. The first request, likewise made with all Defendants' consent, was granted on September 4, 2026. ECF No. 22. The original deadline was September 8, 2026; the Court extended it to September 29, 2026. Id.

Good cause exists for the brief additional extension. Counsel's unanticipated personal obligations have reduced the time available to complete and review the amended pleading. Counsel requests until October 6 so that the pleading can be finalized with appropriate care.

The parties intend to proceed with the mediation scheduled for October 28th, and this request does not seek to adjourn it or any other existing date.

Thank you for your time and consideration.

Respectfully submitted,

Adam G. Singer

**LAW OFFICE OF ADAM G. SINGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600

New York, NY 10165
212.842.2428
asinger@adamsingerlaw.com

*Counsel for Plaintiff Lucille Hansen*