UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCILLE HANSEN,<br>Plaintiff,<br>-against-<br>LEXISNEXIS RISK SOLUTIONS INC. et al,<br>Defendants. | Case No. 1: 26-cv-06157 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court having been advised at Dkt. 46 that all claims asserted by Lucille Hansen ("Hansen") against AmeriCredit Financial Services Inc. d/b/a GM Financial ("GM Financial") have been settled in principle, it is ORDERED that GM Financial's motion to dismiss, Dkt. 35, is denied without prejudice and Hansen's claims as to GM Financial be hereby DISMISSED and discontinued without costs, and without prejudice to the right to reassert those claims and refile the motion to dismiss **within sixty (60) days** of the date of this Order if the settlement is not consummated. This order has no effect on Hansen's claims as to Defendants LexisNexis Risk Solutions, Inc. and Geico Secure Insurance Company.

If Hansen and GM Financial wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to close the motion at Dkt. 35 and terminate GM Financial as a defendant in this action.

Dated: November 17, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge