UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCILLE HANSEN,

Plaintiff,

-against-

LEXISNEXIS RISK SOLUTIONS INC., et al,

Defendants.

Case No. 1:26-cv-06157 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the initial pretrial conference, the request to stay discovery, Dkt. 50, is GRANTED. Plaintiff is permitted to file a second amended complaint by **January 15, 2027**. Plaintiff's deadline to respond to Defendants' pending motions to dismiss, and Defendants' deadlines to reply in support of their motions, shall be held in abeyance. This Order terminates the motions at Dkt. 50 and Dkt. 55.

Dated: November 25, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge